AO 91 (Rev. 11/11) Criminal Complaint (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| NICHOLAS SITTIG | ) | 24-720 |
| | ) | **[UNDER SEAL]** |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 1, 2024 until March 24, 2024___ in the county of ___Allegheny___ in the
___Western___ District of ___Pennsylvania___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Did use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, or attempt to do so, and such visual depiction was produced using materials which had been mailed, transported, or shipped in interstate and foreign commerce, or such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or if such visual depiction actually was so transported or transmitted, in violation of 18 U.S.C. §§ 2251(a) and (e). |
| 18 U.S.C. § 2422(b) | Did use any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, or attempt to do so, in violation of 18 U.S.C. § 2422(b). |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

_/s/ Jeffrey Brandon Wargo_
_Complainant's signature_

Jeffrey Brandon Wargo, Special Agent, HSI
_Printed name and title_

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: ___04/30/2024___

_Maureen P. Kelly_
_Judge's signature_

City and state: ___Pittsburgh, Pennsylvania___

Hon. Mauren P. Kelly, US Magistrate Judge
_Printed name and title_